**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Shalanda Looney,

Plaintiff,

v.

Raymond Billotte, et al.,

Defendants.

No. CV-26-05748-PHX-KML

**ORDER**

Plaintiff Shalanda Looney seeks to amend her complaint to "eliminate[] any federal cause of action or request for federal relief." (Doc. 13 at 1.) Looney also seeks to have this case remanded to state court. (Doc. 12.) Defendants do not oppose Looney's request to amend and concede that if amendment is allowed, this case must be remanded to state court. (Doc. 14 at 1.) Good cause appearing,

**IT IS ORDERED** the Motion to Amend (Doc. 13) is **GRANTED**. The document filed at Doc. 13-1 is the operative complaint as of the date of this order.

**IT IS FURTHER ORDERED** the Motion to Remand (Doc. 12) is **GRANTED**. This case is remanded to the Maricopa County Superior Court. The Clerk of Court shall close this case.

Dated this 17th day of September, 2026.

Honorable Krissa M. Lanham
United States District Judge